———— LAW OFFICES ————
# DeCOTIIS, FITZPATRICK, COLE & WISLER, LLP

NEW YORK, NY
TRENTON, NJ

GLENPOINTE CENTRE WEST
500 FRANK W. BURR BOULEVARD, SUITE 31
TEANECK, NEW JERSEY 07666
TELEPHONE: (201) 928-1100
TELEFAX:    (201) 928-0588
www.decotiislaw.com

Jeffrey D. Smith, Esquire
Direct Dial: 201.907-5228
Email: jsmith@decotiislaw.com

January 12, 2009

**VIA UPS Overnight Mail**
Hon. Katharine S. Hayden, U.S.D.J.
United States Post Office and Courthouse Building
Room 311
P.O. Box 999
Newark, NJ 07101

Re:   **United States v. Elizabeth Ann DeMola**
      **Criminal No. 02-508 (KSH)**

Dear Judge Hayden:

I represent Elizabeth Ann DeMola, whose sentencing is currently scheduled for January 26, 2009. I write to request a brief adjournment to complete the presentence interview and to prepare our response to the draft Presentence Report. USPO David Haneke and AUSA Lisa Rose do not object to our request.

We recently received the draft PSR but have been unable to meet with Probation Officer Haneke to complete Ms. DeMola's initial interview. I must be in Boston later this week and next week in connection with a trial scheduled to begin January 20. As a result, we are unable to complete the presentence interview and our responses to the draft PSR. We respectfully request that sentencing be rescheduled to the week of February 9, February 18, 19, or 20 or a date more convenient to the Court.

Thank you for your consideration.

Respectfully,

DeCOTIIS, FITZPATRICK, COLE & WISLER, LLP

Jeffrey D. Smith, Esq.

JDS/md
cc:   David Haneke, USPO
      Lisa Rose, AUSA

941082_1

*Request Granted. Sentencing is scheduled for February 20, 2009 at 11:30 am.*

SO ORDERED:
KATHARINE S. HAYDEN, U.S.D.J.
DATE: 1/15/09