**DeCOTIIS, FITZPATRICK & COLE, LLP**
Glenpointe Centre West
500 Frank W. Burr Blvd.
Teaneck, NJ 07666
Tel: (201) 928-1100

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Hon. Katherine S. Hayden, U.S.D.J. |
| v. | Criminal Action No. 02-508 (KSH) |
| ELIZABETH A. DEMOLA | **ORDER** |

**THIS MATTER** having been opened to the Court by letter application on March 19, 2010, by Jeffrey D. Smith, Esq., of DeCotiis, FitzPatrick & Cole, LLP, 500 Frank W. Burr Boulevard, Glenpointe Centre West, Teaneck, New Jersey, counsel for defendant Elizabeth Ann Demola, to modify the 3 year term of probation ordered by this Court in the Judgment dated February 20, 2009 to a period of 1 year or a term to be set by the Court; and the Court having considered defendant's submission and the responses of the United States Attorney's Office and United States Probation Office; and for good cause shown,

**IT IS** on this 30th day of March, 2010,

**ORDERED** that defendant's application is GRANTED; and it is further

**ORDERED** that defendant's term of probation is modified to a term of 1 year from the date of the Judgment; and it is further

**ORDERED** that all other terms and conditions of the Judgment shall remain in effect.

_____
Hon. Katharine S. Hayden, U.S.D.J.